# Exhibit 1

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Proposal** – Certification Page. Debarment and suspension certification. This check box Indicates whether the organization or its senior personnel are presently or proposed for debarment, suspended, ineligible, excluded. | 000002 | FOIA (b)(6) | NSF withheld the response to the debarment/suspension certification question to protect the privacy of the senior personnel[1] involved in the award. Public association with a proposed debarment/suspension action would constitute an unwarranted invasion of privacy because the pending action may not result in a finding against the individual. The privacy interest in this case outweighs any public interest in this information. |
| **Proposal** – Reference to of the name of an undergraduate student; affiliated institutions; specific summer projects and the name of a professor. | 000019 | FOIA (b)(6) | NSF withheld two sentences containing PII about a student who worked on this grant award, including personal information about school attendance, summer projects. A professor's name was also redacted because disclosure of the professor's name could lead to the identification of the student. The student has a privacy interest in these personal educational details not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

---

[1] For purposes of this Vaughn index, "senior personnel" refers to the three individuals who were listed on proposal and grant award 1508680 as the Principal Investigator and two Co-Principal Investigators. The Plaintiff worked as a graduate student on award 1508680 and was not one of the three senior personnel.

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Proposal** – List of student PII including names and expected graduation information. | 000030 | FOIA (b)(6) | NSF redacted the names and expected graduation date of student advisees. These students have a privacy interest in these personal educational details not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Proposal** – List of student PII, including name, thesis advisor, sponsor, and institutional affiliation. | 000032 | FOIA (b)(6) | NSF redacted the names of students who have not yet graduated and the names of institutions who sponsored specific students. These students have a privacy interest in these personal educational details not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Proposal** – Proposal budget (year 1). Information regarding the proposed salary for senior personnel and students associated with award 1508680. | 000033 | FOIA (b)(6) | NSF redacted amounts listed in the proposed budget that show proposed salary amounts for senior personnel and students associated with award 1508680 in the first year of the award, and/or numbers that could be used to easily determine salary amounts for individuals working on the award. These individuals have a privacy interest in their salaries not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Proposal** – Proposal budget (year 2). Information regarding the proposed salary for senior personnel and students associated with award 1508680. | 000034 | FOIA (b)(6) | NSF redacted amounts listed in the proposed budget that show salary amounts for senior personnel and students associated with award 1508680 in the second year of the award, and/or numbers that could be used to easily determine salary amounts for individuals working on the award. These individuals have a privacy interest in their salaries not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Proposal** – Proposal budget (year 3). Information regarding the proposed salary for senior personnel and students associated with award 1508680. | 000035 | FOIA (b)(6) | NSF redacted amounts listed in the proposed budget that show salary amounts for senior personnel and students associated with award 1508680 in the third year of the award, and/or numbers that could be used to easily determine salary amounts for individuals working on the award. These individuals have a privacy interest in their salaries not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Proposal** – Proposal budget (cumulative). Information regarding the proposed salary for senior personnel and students associated with award 1508680. | 000036 | FOIA (b)(6) | NSF redacted amounts listed in the proposed budget that show salary amounts for senior personnel and students associated with award 1508680 over the course of the entire three years of the award, and/or numbers that could be used to easily determine salary amounts for individuals working on the award. These individuals have a privacy interest in their salaries not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Proposal** – Budget Justification page. Information regarding salary requests for senior personnel and inflation rates. | 000037 | FOIA (b)(6) | NSF redacted specific percentages and amounts that reflect the requested salary for senior personnel working on the award and how salaries will be increased to reflect inflation over the course of the entire award. These individuals have a privacy interest in their salaries not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Proposal** – Budget justification page. Information regarding salary requests and stipends for students and inflation rates. | 000037 | FOIA (b)(6) | NSF redacted specific percentages and amounts that reflect the requested salary for students working on the award and how salaries will be increased to reflect inflation over the course of the entire award. These individuals have a privacy interest in their salaries not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Proposal** – Budget justification page. Information regarding proposed fringe benefit costs for senior personnel and students. | 000037 | FOIA (b)(6) | NSF redacted specific percentages and amounts that associated with the requested fringe benefits (i.e. health insurance costs, 401K contributions, insurance, etc.) for senior personnel and students working on award 1508680, and how those benefits will be increased to reflect inflation over the course of the award. These individuals have a privacy interest in the specifics of their fringe benefits not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Proposal** – Current and Pending Support. Information about senior personnel person-months per year committed to employment/grant obligations. | 000039-00041 | FOIA (b)(6) | NSF redacted the specific amounts of time the senior personnel working on grant award 1508680 proposed to split time between to this grant and other employment/grant obligations. These individuals have a privacy interest in the specifics of their work hour allocation not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Review** – NSF PI History. Lists of PII for senior personnel working on award 1508680, including name, address, phone number, email, demographic information, and NSF proposal and award history. | 000048-000060  000067-0070 | FOIA (b)(6) | NSF withheld this information in full because it contains sensitive PII about the senior personnel working on grant award 1508680. The withheld information includes contact information, demographic information, and information about all proposals that each of the individuals submitted to NSF that may or may not have been funded. The sensitive PII is the type of information that an individual has a strong privacy interest in not having made public as it could lead to unwanted contact, identity theft, and its disclosure could reasonably be considered an invasion of privacy. Disclosure of the NSF proposal and award history could have a negative impact on the individual's academic career because it could allow colleagues and employers to see how many proposals the individual has submitted that have not been selected for funding. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Review –** Chart showing the NSF reviewer history for one of the senior personnel. | 000061-000066 | FOIA (b)(6) | This table reflects the NSF reviewer history of one of the senior personnel working on grant award 1508680, including but not limited to specific grant proposals reviewed, NSF reviewer ID number, and dates served. This information was redacted to protect the individual's identity as a member of specific NSF scientific review panel(s). Individuals are invited to serve on NSF review panels based on their expertise in a specific scientific area and are often reviewing proposals submitted by colleagues in their same field of study. It is critically important to the functioning of NSF's merit review process that the identity of the individuals who serve on review panels remain protected. If a reviewer was publicly associated with the reviews of specific proposals it could negatively impact the privacy interest of the reviewer by causing professional harm with the colleagues whose proposals were critiqued and/or not funded. Such a disclosure would also chill the ability of NSF to get honest scientific assessments of grant proposals from its reviewers and create difficulty in getting volunteers to serve on NSF review panels in the future. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Review –** Table showing information about the NSF review panel members who reviewed the proposal that led to grant award 1508680. The table includes PII such as names, contact information, demographic information, review rating, and dates. | 000071-000073 | FOIA (b)(6) | NSF redacted the table showing the NSF reviewer information because it contains PII, and because it contains non-public information about the specific individuals who reviewed the proposal that led to the award at issue in this case. This sensitive PII is the type of information that review panel members have a strong privacy interest in not having made public. If a reviewer was publicly associated with the reviews of specific proposals it could negatively impact the privacy interest of the reviewer by causing professional harm with the colleagues whose proposals were critiqued and/or not funded. Such a disclosure would also chill the ability of NSF to get honest scientific assessments of grant proposals from its reviewers and create difficulty in getting volunteers to serve on NSF review panels in the future. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Review –** Five written reviews and ratings of the proposal that led to grant award 1508680.  Each review contains reviewer PII, such as name and institutional affiliation. | 000074 -000084 | FOIA (b)(6) | NSF redacted five written reviews submitted by NSF review panel members who evaluated the proposal the led to grant award 1508680. The senior personnel have a privacy interest in these reviews not being made public. Such disclosure could have a negative career impact if colleagues and employers had access to potentially negative critiques of the individuals' work that were not intended to be made public.  Further, these written reviews contain identifying information about the reviewer who wrote each review. This sensitive PII is the type of information that review panel members have a strong privacy interest in not having made public. If a reviewer was publicly associated with the reviews of specific proposals it could negatively impact the privacy interest of the reviewer by causing professional harm with the colleagues whose proposals were critiqued and/or not funded. Such a disclosure would also chill the ability of NSF to get honest scientific assessments of grant proposals from its reviewers and create difficulty in getting volunteers to serve on NSF review panels in the future. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Review –** A summary of the reviews and critiques that were submitted by the NSF panel members about the proposal that led to grant award 1508680. | 000085 | FOIA (b)(6) | NSF redacted the review panel summary submitted by NSF review panel members who evaluated the proposal the led to grant award 1508680. Senior personnel have a privacy interest in this summary not being made public. Such disclosure could have a negative career impact if colleagues and employers had access to potentially negative critiques of the individuals' work that were not intended to be made public.  The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Review -** Review panel recommendation to NSF regarding the proposal that led to grant award 1508680. This document contains review panel member ratings, analysis, and funding recommendations. | 000087-000092 | FOIA (b)(5), and (b)(6) | NSF redacted the review panel recommendation submitted by NSF review panel members who evaluated the proposal the led to grant award 1508680. Senior personnel have a privacy interest in this recommendation not being made public. Such disclosure could have a negative career impact if colleagues and employers had access to potentially negative critiques of the individuals' work that were not intended to be made public.  The privacy interest outweighs any public interest in this information. In addition, NSF review panel members are Special Government Employees (SGEs) appointed to FACA committees. Their consensus advice and recommendations to NSF constitute inter-agency communications that are protected by the deliberative process privilege. The ranking of proposals, scientific analysis, and recommendations of NSF review panels are considered by NSF when making grant award decisions but are not dispositive and do not reflect the final funding decisions of the agency.  Thus, the contents of these discussions and deliberations are pre-decisional in nature because they were prepared in order to assist a decisionmaker in making a final decision regarding what grant proposals to fund. The release of this internal information would inhibit the free and frank exchange of information among members of NSF's review panels and NSF staff. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Correspondence** -- Current and pending support by NSF. Allocation senior personnel person-months per year committed to various grant obligations. | 000097-100 | FOIA (b)(6) | NSF redacted the specific amounts of time one of the senior personnel proposed to split between to this grant and other grant obligations. This individual has a privacy interest in the specifics of his/her work hour allocation not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Correspondence** -- Information about a pending proposal that did not result an award. | 000098 | FOIA (b)(6) | NSF redacted information about a proposal submitted by one of the senior personnel that did not end up being selected for funding.  Obtaining grant funding, especially from entities such as NSF, has a huge impact on scientific researcher's careers. Individuals have a strong privacy interest in not having this type of information made public as it could have a negative impact on the individual's career and his/her attempts to obtain funding from other sources for the similar research. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Correspondence** – Names, email addresses, and personal pin numbers of review panel members contained in emails sent by NSF staff to individuals who were invited to be review panel members on the panel reviewing the proposal that led to award 1508680. | 000101<br><br>000103-000105<br><br>000107-000115 | FOIA (b)(6) | NSF redacted identifying PII that appeared in emails sent by NSF staff to individuals invited to be review panel members on the panel reviewing the proposal that led to award 1508680. This sensitive PII is the type of information that review panel members have a strong privacy interest in not having made public. If a reviewer was publicly associated with the review of specific proposals it could negatively impact the privacy interest of the reviewer by causing professional harm with the colleagues whose proposals were critiqued and/or not funded. Such a disclosure would also chill the ability of NSF to get honest scientific assessments of grant proposals from its reviewers and create difficulty in getting volunteers to serve on NSF review panels in the future. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Correspondence** – Table listing proposal numbers and the institutions they are associated with, review ratings for each proposal, panel recommendations, panel rankings, and NSF program funding recommendations. | 000171-000172 | FOIA (b)(5), (b)(6) | NSF withheld this document in full because it contains information about proposals that were not recommended for NSF funding by proposal review panels and program staff, along with specific panel ratings. This is the type of information that the senior personnel who submitted the proposals have a strong privacy interest in not having made public. Disclosure of the NSF proposal and award history could have a negative impact on the individual's academic career because it could allow colleagues and employers to see information and ratings of proposals that have not been selected for funding. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. In addition, the recommendations to NSF from NSF reviewers and NSF program staff constitutes inter-agency communications that are protected by the deliberative process privilege. The information presented in this table is considered by NSF when making grant award decisions but does not reflect the final funding decisions of the agency.  The release of this internal information would inhibit the free and frank exchange of information among members of NSF's review panels and NSF staff. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Correspondence** – Internal NSF EPSCoR co-funding request memo. | 000173-000174 | FOIA (b)(5), (b)(6) | NSF redacted a narrative discussion, panel rankings, and background PII regarding senior personnel on award 1508680. The senior personnel on the award have a privacy interest in this memo not being made public. Such disclosure could have a negative career impact if colleagues and employers had access to potentially negative critiques of the individuals' work that were not intended to be made public. The privacy interest outweighs any public interest in this information. In addition, the memo contains recommendations by NSF program personnel. Their advice to senior NSF staff who make funding decisions are protected by the deliberative process privilege. The recommendations contained in this memo may be considered by NSF senior staff when making grant award decisions but are not dispositive and do not reflect the final funding decisions of the agency. Thus, the contents of this memo is pre-decisional in nature because it was prepared in order to assist a decisionmaker in making a final decision regarding whether to fund grant award 1508680. The release of this internal information would inhibit the free and frank exchange of information among NSF staff. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Post Award** – Information in NSF grant Letter (dated 5/21/2015) showing specific salary information and allocation of person-months per year committed to award 1508680 by senior personnel, students, and administrative staff. | 000178 | FOIA (b)(6) | NSF redacted amounts listed in the NSF grant letter that show salary amounts for senior personnel, students, and administrative staff working on award 1508680. These individuals have a privacy interest in their salaries and specific work hour allocations not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Post Award –** Budget document showing specific salary and allocation of person-months per year committed to award 1508680 by senior personnel, students, and administrative staff. | 000180 | FOIA (b)(6) | NSF redacted amounts listed on a proposal budget page that show salary amounts and person months worked for senior personnel, students, and administrative staff working on award 1508680. These individuals have a privacy interest in their salaries and work schedules not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Post Award –** Information regarding the person-months per year worked by senior personnel and students associated with award 1508680. | 000187-000188<br><br>000258-000260<br><br>000300-000301 | FOIA (b)(6) | NSF redacted the person hours worked by senior personnel and students associated with award 1508680. These individuals have a privacy interest in their work schedules not being publicly disclosed. Further, the students have a privacy interest in these personal educational details not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Post Award** – Name and identifying PII of a student who worked on award 1508680. | 000187-000188<br><br>000259<br><br>000300-000301 | FOIA (b)(6) | Information identifying one of the students who worked on award 1508680 has been redacted because this student does not appear in any documents relating to this award that have been made public – such as a research paper published in a scientific journal. This student has a privacy interest in their personal educational details not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Post Award** – Email address and funding support source of a student who worked on award 1508680. | 000188<br><br>000259<br><br>000300-000301 | FOIA (b)(6) | The email address and a funding source for one of the students who worked on award 1508680 has been redacted because this PII has not been made public by the student. This student has a privacy interest in their personal educational details not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |
| **Post Award** – Academic information about an undergraduate student who worked on award 1508680. | 000259 | FOIA (b)(6) | The academic information about an undergraduate student who worked on award 1508680 has been redacted because this PII has not been made public by the student. This student has a privacy interest in their personal educational details not being publicly disclosed. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |

| Description of Records and Redaction | Bates Number | Exemption Applied | Reason for Redaction |
|---|---|---|---|
| **Post Award** – NSF notification request. An individual's name and institutional affiliation. | 000547 | FOIA (b)(6) | The name of an individual and his/her institutional affiliation was redacted because NSF has no indication that this individual was associated with award 1508680. This individual has a privacy interest in his/her work details not being publicly disclosed in association with an award that he/she is not connected to. This information does not shed light on the operations of NSF. The privacy interest outweighs any public interest in this information. |